UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SAUL MADERO, MARGARITO MOLINA, and
JOSE RIVERA, individually and on behalf of all
other persons similarly situated who were employed
by TRATTORIA LA REGINA, INC. and/or any
other entities affiliated with or controlled by
TRATTORIA LA REGINA, INC.,

                           Plaintiffs,

              -against-

TRATTORIA LA REGINA, INC., d/b/a CAFÉ LA
REGINA; d/b/a LA REGINA, and VINCENT
CORRATE in both his official and individual
capacities,

                         Defendants.
----------------------------------------------------------X

Case No. 10-CV-3675 (ADS) (ARL)

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiffs SAUL MADERO, MARGARITO MOLINA and JOSE RIVERA and the attorneys for Defendants TRATTORIA LA REGINA, INC., d/b/a CAFÉ LA REGINA; d/b/a LA REGINA, and VINCENT CORRATE, that said Defendants' time to respond to Plaintiffs' Complaint is hereby extended to October 8, 2010. No previous request for an extension of time for Defendants to respond to Plaintiffs' Complaint has been made in the instant action.

Dated: Woodbury, New York
       September 9, 2010

| | |
|---|---|
| VIRGINIA & AMBINDER, LLP<br>*Attorneys for Plaintiffs*<br><br>By: _____<br>LaDonna Lusher, Esq.<br>111 Broadway, Suite 1403<br>New York, New York 10006<br>(212) 943-9080 | KAUFMAN DOLOWICH VOLUCK & GONZO LLP<br>*Attorneys for Defendants*<br><br>By: _____<br>Jeffery A. Meyer, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>(516) 681-1100 |

SO ORDERED:

_____
U.S.D.J.  Arthur D. Spatt
9/10/10

ND: 4835-2379-3927, v. 1